# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHIRLEY ECKLES, as the Special Administrator for the ESTATE OF NATHAN DOUGLAS WHITE-VELASCO; and KRISTIE WHITE,<br><br>        Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>        Defendant. | Case No. 2:12-cv-00890-GMN-GWF<br><br>**ORDER** |

This matter is before the Court on the Order regarding the parties' Stipulation to Stay Nevada United States District Court Action (#8) filed June 6, 2012, whereby the Nevada action was stayed pending a final resolution of all appeals in the Arizona action. Upon review and consideration,

**IT IS ORDERED** counsel for the parties shall file an status report regarding the appeal in the Arizona action which fully complies with LR 26-3 no later than **March 4, 2013**.

DATED this 20th day of February, 2013.

GEORGE FOLEY, JR.
United States Magistrate Judge