V. ANDREW CASS
Nevada Bar No. 005246
vcass@lbbslaw.com
KRISTIN E. MEREDITH
Nevada Bar No. 11655
Meredith@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789

Attorneys for Defendant State Farm Mutual
Automobile Insurance Company ("State Farm")

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHIRLEY ECKLES as the Special Administrator for the ESTATE OF NATHAN DOUGLAS WHITE-VELASCO; and KRISTIE WHITE,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I through X; and ROE CORPORATIONS XI through XX,<br><br>Defendants. | CASE NO. 2:12-cv-0890-GWN-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS** |

///

///

///

///

///

///

///

///

4817-6627-5090.1

IT IS HEREBY STIPULATED AND AGREED, by and between SHIRLEY ECKLES, as special administrator of the estate of Nathan Douglas White-Velasco and KRISTIE WHITE ("Plaintiffs") and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), through their counsel, hereby stipulate that the above entitled action be dismissed in its entirety, with prejudice, each party to bear its own attorney's fees and costs.

IT IS SO STIPULATED.

DATED this 1 day of March, 2013

DATED this 1 day of March, 2013

JOLLEY URGA WIRTH WOODBURY & STANDISH

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____ #11957
Martin A. Little
Nevada Bar No. 7067
Alexander Villamar
Nevada Bar No. 9927
Jolley Urga Wirth Woodbury & Standish
3800 Howard Hughes Pky 16thFloor
Las Vegas, Nevada 89169
Attorneys for Plaintiffs

By: _____
V. Andrew Cass
Nevada Bar No. 005246
Kristin E. Meredith, Esq.
Nevada Bar No. 011655
6385 South Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendant

## ORDER

IT IS SO ORDERED this 5th day of March, 2013.

_____
Gloria M. Navarro
United States District Judge

4817-6627-5090.1

2